**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

v.  Case No. 3:00-cr-438-J-99HTS

DAVID ALLAN CHRISTY
_____

**O R D E R**

Upon consideration, and in light of the representations contained in Defendant Christy's Memorandum Re: Right to Detention Hearing (Doc. #50) and the United States' Memorandum Concerning Defendant's Right to Renewed Detention Hearing (Doc. #51), the detention hearing currently set is hereby **CANCELLED**.

**DONE AND ORDERED** at Jacksonville, Florida, this 25th day of April, 2005.

/s/   Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of record
      and *pro se* parties, if any